

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMAR LEE-STINSON,

    Defendant.

Case No. 5:21-CR-20756

Hon. Judith E. Levy

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JAMAR LEE-STINSON, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| Count 1:<br>Felon in Possession of Ammunition<br>(18 U.S.C. §§ 922(g)(1) & 924(a)(2)) | Up to 10 years of imprisonment, a $250,000 fine, or both; up to 3 years of supervised release; a $100 special assessment. |
| --- | --- |

*Jamar Lee-Stinson*
JAMAR LEE-STINSON
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant JAMAR LEE-STINSON and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                                Daniel S. Dena
                                                Assistant Federal Defender
                                                Federal Community Defender
                                                Eastern District of Michigan
                                                (313) 967-5834
                                                Email: Daniel_Dena@fd.org
                                                Counsel for Defendant

Dated: 12/20/2021