UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

            Plaintiff,        Case No. 21-20756

v.                                    Judith E. Levy
                                    United States District Judge

Jamar Lee-Stinton,
                                    Mag. Judge Kimberly G. Altman

           Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [32], ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT [33] UNDER ADVISEMENT**

This case was referred to Magistrate Judge Kimberly G. Altman pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3) for the purposes of receiving Defendant Jamar Lee-Stinton's offer of a guilty plea. (ECF No. 29.) With Defendant's consent (ECF No. 27), Judge Altman conducted a plea hearing and issued a Report and Recommendation recommending that this Court accept Defendant's guilty plea on September 13, 2022. (ECF No. 32.)

The Report and Recommendation states that, under Federal Rule of Civil Procedure 72(b)(2) and 28 U.S.C. § 636(b)(1), the parties may

object to the proposed findings and recommendations within 14 days of service. (*See id.* at 121.) No objections were filed by September 27, 2022. Thus, the parties have waived their right to appeal Judge Altman's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, the Report and Recommendation (ECF No. 32) is ADOPTED.

Further, Defendant's guilty plea is ACCEPTED, and the Rule 11 Plea Agreement (ECF No. 33) is TAKEN UNDER ADVISEMENT.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: September 28, 2022<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
